# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>    Plaintiff,<br><br>vs.<br><br>SACHDEVA PROPERTIES LLC, AJIT SINGH DBA QUICK N SNAPPY FOOD AND LIQUOR, KAUR BALWINDER DBA QUICK N SNAPPY FOOD AND LIQUOR, AND DOES 1- 10, INCLUSIVE,<br><br>    Defendants. | **CASE NO. 1:14-CV-01291-LJO-SMS**<br><br>**ORDER TO DISMISS AND CLOSE ACTION (Doc. 4)** |

Based on Plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Doc. 4, this Court:

1. DISMISSES **with prejudice** this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

**SO ORDERED**
**Dated: November 4, 2014**

                **/s/ Lawrence J. O'Neill**
                **United States District Judge**